# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MITCHELL PAUL COOK

NO. 2023 KW 0371

**JULY 17, 2023**

---

In Re:     Mitchell Paul Cook, applying for supervisory writs, 22
           nd Judicial District Court, Parish of St. Tammany,
           Nos. 18792021 & 1880-M-2021.

---

**BEFORE:    THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the bill of information, the commitment order, the
trial transcript, pertinent district court minutes, or any other
documentation that would support the claims set out in the writ
application. Supplementation of this writ application and/or an
application for rehearing will not be considered. See Uniform
Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the
event relator elects to file a new application with this court,
he may do so without the necessity of obtaining a return date.
Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                    **MRT**
                    **EW**
                    **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT